IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ecosentials LLC, an Arizona limited liability company,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>Energy Brands, Inc., a New York corporation,<br><br>　　　　　　Defendant. | CASE NO. CV-11-01882-PHX-FJM<br><br>**ORDER RE JOINT MOTION AND STIPULATION TO DISMISS ECOSENTIALS LLC'S COMPLAINT WITHOUT PREJUDICE** |

Upon stipulation of the parties, and good cause appearing therefor,

IT IS HEREBY ORDERED that Ecosentials LLC's complaint against Energy Brands is DISMISSED Without Prejudice.

Dated this 18th day of October, 2011.

　　　　　　　　　　　_Frederick J. Martone_
　　　　　　　　　　　Frederick J. Martone
　　　　　　　　　　　United States District Judge